UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In Re:

Alan Leonard Russo,                    Case No. 9:09-bk-22417-ALP

        Debtor.
_____/

**NOTICE OF APPEARANCE**

The undersigned law firm of Jonathan Tolentino, P.A. hereby files this, it's Notice of Appearance as Counsel on behalf of the Debtor, Alan Leonard Russo, and requests that all papers be served upon said law firm at the following address: 501 Goodlette Rd. Suite D-100, Naples, FL 34102.

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been furnished to: U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602 and Jon M. Waage, Chapter 13 Trustee, P.O. Box 25001, Bradenton, FL 34206-5001, by first class U.S. mail, postage fully prepaid, this _1_ day of _March_, 20_10_.

                                        _/s/ Jonathan Tolentino_____
                                        Jonathan Tolentino FBN: 0355150
                                        Jonathan Tolentino, P.A.
                                        501 Goodlette Road N.
                                        Suite D-100
                                        Naples, FL 34102
                                        Telephone: (239) 793-7788
                                        Fax: (239) 649-7786
                                        Attorney for the Debtor