UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In Re:

Alan Leonard Russo,                    Case No. 9:09-bk-22417-ALP

        Debtor.
_____/

**OBJECTION(S) TO CLAIM #21-1 OF TESSER & COHEN**

> Notice of Opportunity to Object and for Hearing
>
> Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within thirty (30) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Bankruptcy Court at Sam Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, FL 33602, and serve a copy of the same on the Debtor attorney: Jonathan Tolentino, Esq., Jonathan Tolentino, P.A., 501 Goodlette Rd. Ste D-100, Naples, FL 34102.
>
> If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing and may grant the relief requested.

      COMES NOW the Debtor, Alan Leonard Russo, by and through undersigned counsel, and hereby objects to Proof of Claim #21-1 filed by Tesser & Cohen, and in support thereof states the following:

1. The creditor, Tesser & Cohen, filed a Proof of Claim on or about 2/16/2010, alleging a secured claim of $20,184.24.
2. Creditor's claim was filed after the claims bar date of 2/8/2010 and is therefore time barred.
3. Accordingly, the claim is allowed.

      WHEREFORE the Debtor prays that this Honorable Court enter an Order Sustaining Debtor's Objection and Disallowing

Claim #21-1 of Tesser & Cohen for the reasons set forth above, and for such other further relief as is just and proper.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been furnished to:

1. Jon M. Waage - Chapter 13 Trustee
   P.O. Box 25001
   Bradenton, FL 34206-5001
2. Tesser & Cohen
   946 Main Street
   Hackensack, NJ 07601

Electronically and/or by first class U.S. mail, postage fully prepaid, this _14_ day of _June_, 2010.

_/s/ Jonathan Tolentino_____
Jonathan Tolentino FBN: 0355150
Jonathan Tolentino, P.A.
501 Goodlette Road N.
Suite D-100
Naples, FL 34102
Telephone: (239) 793-7788
Fax: (239) 649-7786
Attorney for the Debtor